# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **HS SOLUTIONS, INC. et al.**, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 18-cv-2355 (TSC) |
| **L. FRANCIS CISSNA**, *Director, U.S. Citizenship and Immigration Services*, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## MEMORANDUM OPINION

Plaintiffs HS Solutions, Incorporated and Prabina Mohapatra filed this action alleging that a decision of the Defendant, relating to an H-1B visa application, was arbitrary and capricious. On May 8, 2019, Defendant filed a motion to dismiss arguing that the decision Plaintiffs challenge has been vacated. Defs. Mot. to Dismiss pp 4-5.

Pursuant to Local Civil rule 7(b), "[w]ithin 14 days of the date of service [of a motion], an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such memorandum is not filed within the prescribed time, the Court may treat the motion as conceded." More than fourteen days have passed and Plaintiffs have not filed an opposition or sought an extension.

Accordingly, by separate order, the court will grant Defendant's motion and dismiss this action.

Date: May 29, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge